UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| City of Union, South Carolina, | ) | C/A No. |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| Versus | ) | |
| | ) | |
| AGC Chemicals Americas, Inc.; | ) | |
| Archroma U.S., Inc.; | ) | |
| Arkema, Inc.; | ) | |
| Atotech USA, LLC; | ) | |
| BASF Corporation; | ) | |
| Clariant Corporation; | ) | |
| Corteva, Inc.; | ) | |
| Crown Health Care Laundry Services, LLC; | ) | |
| Daikin America, Inc.; | ) | |
| DuPont de Nemours, Inc.; | ) | |
| EIDP, Inc.; | ) | |
| Everest Textile USA, LLC; | ) | |
| Georgia-Pacific Corrugated, LLC; | ) | |
| Huntsman International, LLC; | ) | |
| Isothermal Textile Services, LLC; | ) | |
| Milliken & Company; | ) | |
| Santolubes, LLC; | ) | |
| Santolubes Manufacturing, LLC; | ) | |
| Santolubes Spartanburg Holdings, LLC; | ) | |
| Siemens Corporation; | ) | |
| Solvay Specialty Polymers USA, LLC; | ) | |
| Solvay USA, LLC; | ) | |
| Suminoe Textile of America Corporation; | ) | |
| Supplyone Rockwell, Inc.; | ) | |
| The Chemours Company; | ) | |
| Tietex International, Ltd.; | ) | |
| Ultimate Textile, Inc.; and | ) | |
| Upstate Anodize, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

I, the undersigned counsel, of the Hood Law Firm, LLC, for the Defendant EIDP, Inc. do hereby certify that on **August 15, 2025**, I have served counsel in this action with a copy of the pleadings herein below via E-Mail at the following address:

Pleadings:            Notice of Removal with associated documents for Removal

Parties served:       John B. White, Jr. (jwhite@johnbwhitelaw.com)
                      Marghretta H. Shisko (mshisko@johnbwhitelaw.com)
                      Christopher R. Jones (cjones@johnbwhitelaw.com)
                      Griffin L. Lynch (glynch@johnbwhitelaw.com)
                      JOHN B. WHITE, JR., P.A.
                      *Counsel for Plaintiff*

                      Hannah Cory Caldwell (hcaldwell@corywatson.com)
                      Hamilton Jordan (hjordan@corywatson.com)
                      Hirlye Ray Lutz, III (rlutz@corywatson.com)
                      Hunter Michael Phares (hphares@corywatson.com)
                      Frank Jerome Tapley (jtapley@corywatson.com)
                      Brett Cooper Thompson (bthompson@corywatson.com)
                      Robert Akira Watson (awatson@corywatson.com)
                      CORY WATSON, P.C.
                      *Counsel for Plaintiff*

                      Rachel L. Anna (ranna@wyche.com)
                      Rita Bolt Barker (rbarker@wyche.com)
                      Gregory J. English (genglish@wyche.com)
                      WYCHE, P.A.
                      *Counsel for Milliken & Company*

                      Jameson B. Carroll (jcarroll@carrollweiss.com)
                      Michael Weiss (mweiss@carrollweiss.com)
                      CARROLL & WEISS LLP
                      *Counsel for Milliken & Company*

                      Robert Y. Knowlton (bknowlton@hsblawfirm.com)
                      Sarah Addy Hodges (saddy@hsblawfirm.com)
                      Jonathan D. Klett (jklett@hsblawfirm.com)
                      HAYNSWOTH SINKLER BOYD, P.A.
                      *Counsel for Suminoe Textile of America Corporation*

                      Samuel W. Outten (sam.outten@nelsonmullins.com)
                      Laura T. McDonald (laura.mcdonald@nelsonmullins.com)
                      Megan Rushton (megan.rushton@nelsonmullins.com)
                      NELSON MULLINS RILEY & SCARBOROUGH LLP
                      *Counsel for TieTex International, LTD*

HOOD LAW FIRM, LLC
172 Meeting Street/Post Office Box 1508
Charleston, SC  29402
Phone: (843) 577-4435/Facsimile: (843) 722-1630


*/s/ Molly H. Craig*
Molly H. Craig (6671)
molly.craig@hoodlaw.com
James B. Hood (9130)
james.hood@hoodlaw.com
Virginia R. Floyd (12212)
virginia.floyd@hoodlaw.com

and

SHOOK, HARDY & BACON L.L.P.
Brent Dwerlkotte (*pro hac vice forthcoming*)
2555 Grand Boulevard,
Kansas City, MO 64108
Tel: (816) 474-6550
Fax: (816) 421-5547
Email: dbdwerlkotte@shb.com

*Counsel for Defendant EIDP, Inc.*

August 15, 2025
Charleston, South Carolina

3